PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Noel Rosado                     Cr.: 18-00393-001
                                                                      PACTS #: 4045853

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/12/2019

Original Offense:   Count One: Conspiracy to Commit Bank Fraud, 18 USC § 1349
                    Count Two: Aggravated Identity Theft, 18 USC § 1028A(a)(1)

Original Sentence: Time Served (33 days imprisonment), five years supervised release, $83,783 Restitution, $200 Special Assessment

Special Conditions: Substance Abuse Testing and Treatment, 12 Months Location Monitoring Program, No New Debt/Credit

1st Violation: On October 6, 2021, Noel Rosado pled guilty to Violation No. 2: Continued Narcotics Use, and was ordered by Your Honor to continue on supervised release with the added special condition of Motor Vehicle Compliance.

Type of Supervision: Supervised Release              Date Supervision Commenced: 06/12/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | At the time of his sentencing for the instant offense, Noel Rosado was ordered to pay $83,783 in restitution, at a rate of $200 monthly. Between June 2019 and March 2020, Rosado was relatively consistent with this restitution obligation; however, his payments became sporadic thereafter. According to a recent OPERA inquiry, Rosado's last three payments were as follows: June 2, 2021, in the amount of $100; March 23, 2021, in the amount of $30; and, October 21, 2020, in the amount of $100. |

U.S. Probation Officer Action:
The undersigned officer has had several discussions with Rosado regarding his failure to pay restitution. Rosado contends he is unable to work as he is disabled due to an automobile accident. As confirmed by his paramour, Lynda Maldonado, Rosado is completely financially supported by her, and given the financial hardship of a single-income household and her need to support dependents, they are unable to make any financial contributions towards restitution at this time. Rosado recently provided documentation which confirms he applied for Social Security disability in November 2021; however, the application remains pending. Rosado verbally affirmed with the undersigned officer that he will commence restitution payments

Prob 12A – page 2  
Noel Rosado

once his benefits are approved. At this time, the Probation Office respectfully requests that the Court consider suspending Rosado's restitution obligation temporarily, until he is approved for benefits.

        Respectfully submitted,

        SUSAN M. SMALLEY, Chief  
        U.S. Probation Officer

        *Gisella M. Bassolino*  
By:  GISELLA M. BASSOLINO  
      Senior U.S. Probation Officer

/ gmb

APPROVED:

*Sharon O'Brien*  *March 29, 2022*  
SHARON O'BRIEN    Date  
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other: Suspend Restitution Payments Until Noel Rosado is Approved For and Begins Receiving Social Security Disability Benefits (as recommended by the Probation Office)

        /s/ Kevin McNulty  
        Signature of Judicial Officer

        3/29/2022  
        Date